[No. 38687-9-II.   Division Two.   January 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. LORRIE ANN BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-04381-2, Thomas P. Larkin, J., entered December 12, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 38768-9-II.   Division Two.   January 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBBY LEE ROBINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-01047-5, Ronald E. Culpepper, J., entered January 12, 2009. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 38879-1-II.   Division Two.   January 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SIMS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00211-2, Dave Edwards, J., entered February 6, 2009. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Van Deren, C.J., and Bridgewater, J.

[No. 39010-8-II.   Division Two.   January 26, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON S. ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-06155-4, Bryan E. Chushcoff, J., entered February 13, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, C.J., and Penoyar, J.